UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

AT&T Enterprises, LLC,                                    Case No. 3:24-cv-2144

            Plaintiff,

    v.                                                        ORDER

Ohio Excavating & Sewer Contractors Corp.,

            Defendant.

     Defendant Ohio Excavating & Sewer Contractors Corp.'s unopposed motion for leave to file its Answer *instanter* is granted.  (Doc. No. 10).  Defendant shall file its Answer no later than January 24, 2025.

     By this date, Plaintiff AT&T Enterprises, LLC shall file an affidavit of jurisdiction so that I may determine its citizenship and verify this Court has original diversity jurisdiction over this case, as Plaintiff alleges.  (Doc. No. 1 at 2).  As an LLC, Plaintiff "has the citizenship of each of its members."  *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009).  This "must be traced through however many layers of partners or members there may be."  *Meyerson v. Harrah's E. Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002).

     In this case, the LLC Plaintiff did not provide the requisite membership information in its Complaint, stating instead that it "is a Delaware company with its principal office located at 208 S. Akard St., Dallas, TX 75202."  (Doc. No. 1 at 2).  But, in its Corporate Disclosure Statement, Plaintiff did provide membership information, asserting,

        AT&T Enterprises, LLC is a Delaware limited liability company, whose sole member
        is AT&T Wireline Holdings, LLC.  AT&T Wireline Holdings, LLC is a Delaware

limited liability company, whose sole member is AT&T DW Holdings, Inc.  AT&T
DW Holdings, Inc., a New York corporation…

(Doc. No. 2).  Nevertheless, without the principal place of business of AT&T DW Holdings, Inc., I

cannot determine Plaintiff's citizenship and verify this Court has subject matter jurisdiction over this

case.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge